IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN SANDIN; and, DIANE SANDIN, | ) | 2:08-cv-01534-GEB-EFB |
| Plaintiffs, | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND DISPOSITION |
| COLLECTCORP CORPORATION, | ) | |
| Defendant. | ) | |

On March 13, 2009, the Plaintiffs filed a Notice of Settlement in which they state "that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff[s] anticipate[]will be finalized within the next 30 days." Therefore, a dispositional document shall be filed no later than April 13, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: March 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1