1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   STEPHEN SANDIN and DIANE SANDIN,    )
                                         )        2:08-CV-01534-GEB-EFB
13                      Plaintiffs,      )
                                         )
14        v.                             )        ORDER OF DISMISSAL
                                         )
15   COLLECTCORP CORPORATION,            )
                                         )
16                      Defendant.       )
                                         )
17   _____    )

18          On March 13, 2009, Plaintiffs filed a Notice of Settlement

19   in which they "request[ed] all dates set on calendar for the present

20   matter" be vacated and stated "Plaintiff anticipates [the settlement]

21   will be finalized within the next 30 days" of the Notice of Settlement

22   filing.  Therefore, an "Order Re Settlement and Disposition" was filed

23   in which it was stated "a dispositional document shall be filed no

24   later than April 13, 2009[;and, that [f]ailure to respond by this

25   deadline may be construed as consent to dismissal of this action

26   without prejudice, and a dismissal order could be filed.

27          Since no response to the April 13 Order has been filed, and

28   no reason has been provided for the continued pendency of this

action, this action is dismissed without prejudice.

Dated:  April 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge